7jgmtwoh (7/15)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Shelly Renee Bullock
*Debtor*

*Bankruptcy Case No.*
16–40556–drd7

**First National Bank of Omaha**
  Plaintiff(s)

*Adversary Case No.*
16–04057–drd

v.

**Shelly Renee Bullock**
  Defendant(s)

## JUDGMENT

The issues of this proceeding having been duly considered by the Honorable Dennis R. Dow , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

***IT IS ORDERED AND ADJUDGED***: judgment is hereby entered ordering the sum of $1,500.00 to be nondischargeable pursuant to 11 U.S.C. Section 523(a)(2) as against Debtor, Shelly Rennee Bullock, and in favor of First National Bank of Omaha.

PAIGE WYMORE–WYNN
Court Executive

By: /s/ Kim McClanahan
    Deputy Clerk

Date of issuance: 8/25/16

Court to serve